# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 10, 2022

## NO. 03-21-00597-CV

**Public Utility Commission of Texas; Peter Lake, Chairman; Will McAdams, Commissioner; Lori Cobos, Commissioner; and Jimmy Glotfelty, Commissioner; each in his or her Official Capacity at the Public Utility Commission of Texas, Appellants**

**v.**

**AMA Communications, LLC d/b/a AMA TechTel Communications, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order granting a temporary injunction signed by the trial court on November 17, 2021 and from the interlocutory order denying appellants' plea to the jurisdiction and signed by the trial court on November 18, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's interlocutory order granting a temporary injunction and interlocutory order denying appellants' plea to the jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.